**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WALLACE GARY COLLIER,

                Plaintiff,

vs.                                Case No.  3:09-cv-935-J-34MCR

ZEARAH JACKSON, et al.,

                Defendants.

_____/

# ORDER[1]

**THIS CAUSE** is before the Court on Magistrate Judge Monte C. Richardson's Report

and Recommendation, entered October 1, 2009. (Doc. No. 6; Report). In the Report,

Magistrate Judge Richardson recommended that this case be dismissed for failing to set

forth an identifiable claim or ground for relief. See Report at 5. Plaintiff filed objections to

the Report on October 14, 2009, in which he asserted that 18 U.S.C. 1761(c) provided for

a private right of action.[2] See Response to Report and Recommendation (Doc. No. 10) at

2-3.

     The Court "may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific

objections to findings of facts are filed, the district court is not required to conduct a de novo

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the issues addressed herein and is not intended for official publication or to serve as precedent.

[2] Plaintiff's contention simply contradicts Magistrate Judge Richardson's conclusion that § 1761(c) does not provide a private right of action. See Report at 3-5.

review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993);

see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions

de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May

14, 2007).  Upon independent review of the file and for the reasons stated in the Magistrate

Judge's Report, it is hereby

ORDERED:

1.    Plaintiff's objections to Magistrate Judge Richardson's Report and
      Recommendation (Doc. No. 6) are **OVERRULED**, and the Report and
      Recommendation is **ADOPTED** as the opinion of the Court.

2.    Plaintiff's Complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for
      failure to state a claim upon which relief can be granted.

3.    The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 20th day of January, 2010.

**MARCIA MORALES HOWARD**
United States District Judge

i8

Copies to:

Pro Se Plaintiff